UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| AMADEO SANCHEZ, | ) | 3:15-cv-00144-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 7, 2016 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is "Defendants' Motion to Withdraw Defendants Mar. 4, 2016 Motion to Dismiss." (ECF No. 20.)  Defendants state at the time of the filing of their motion to dismiss (ECF No. 18), Defendants were under the mistaken impression that the 90 day stay period had ended. Defendants upon realizing their mistake now seek to withdraw their motion to dismiss (ECF No. 18) which they state should not have been filed during the stay period. (ECF No. 20 at 2.)

Defendants' motion (ECF No. 20) is **granted** and the Motion to Dismiss (ECF No. 18) is hereby **withdrawn.**

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By:   /s/
     Deputy Clerk